```
1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar Number 7709
3  KIMBERLY M. FRAYN
   Assistant United States Attorney
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336 / Fax: (702) 388-5087
   Kimberly.Frayn@usdoj.gov
6  Attorneys for United States of America
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH: | Case No. 2:19-mj-00689-MDC |
|---|---|
| Instagram Username f_c_cats | **Government's Motion to Unseal Case** |
| (Instagram Account to be Searched) | |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant case and all related documents in anticipation of producing the same as discovery in Case No. 2:24-cr-00207-GMN-MDC.

DATED: January 14, 2025.

Respectfully,

JASON M. FRIERSON
United States Attorney

*/s/Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH:<br><br>Instagram Username f_c_cats<br><br>(Instagram Account to be Searched) | Case No. 2:19-mj-00689-MDC<br><br>**Order Unsealing Case** |

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 17th day of January, 2025.

_____
HONORABLE MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE